Dax D. Anderson (USB 10168)
Jeremy Sink (USB 9916)
KIRTON McCONKIE
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone (801) 328-3600
Facsimile (801) 321-4893
Email: danderson@kmclaw.com
Email: jsink@kmclaw.com

*Attorney for Defendants, JRM Nutrasciences, LLC,
Muscle Sports Products, LLC and Jason Mancuso*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KODIAK CAKES, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>JRM NUTRASCIENCES, LLC, a New York Limited Liability Corporation; MUSCLE SPORTS PRODUCTS, LLC, a New York Limited Liability Corporation; and JASON MANCUSO, an individual;<br><br>Defendants. | Case No.: 2:20-CV-0000581-DBB-JCB<br><br>Judge: David Barlow<br><br>Magistrate Judge Jared C. Bennett<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AN OVERLENGTH MOTION OR, IN THE ALTERNATIVE, LEAVE TO FILE A CORRECTED BRIEF IN COMPLIANCE WITH DUCivR 7-1** |

UPON CONSIDERATION OF Defendants Motion for Leave to File an Overlength Motion or, In the Alternative, Leave to File a Corrected Brief in Compliance with DUCivR 7-1, and any opposition thereto, it is hereby

ORDERED, on this ____ day of _____, 2022, that the aforementioned Motion is GRANTED, and it is

4865-6944-4393.v1

FURTHER ORDERED, that Defendants may exceed the page limit in filing their Motion to Exclude the Expert Testimony of David Franklyn, and it is

FURTHER ORDERED, that Defendants motion filed as ECF 85 is herein accepted pursuant to this motion, and it is

FURTHER ORDERED, that Plaintiff shall have 14 days from entrance of this order to file an Opposition to ECF 85.

BY THE COURT

By: _____
Magistrate Judge Jared C. Bennett